UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FILED

2011 DEC -8 A 10: 2[?]

EASTERN DIST. TENN.
_____ DEPT. CLERK

Hamilton County Emergency Communications District

Plaintiff,

v.

Case No. 1:11-cv-330

BellSouth Telecommunications, LLC d/b/a AT&T Tennessee

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for BellSouth Telecommunications, LLC d/b/a AT&T Tennessee, moves for admission to appear in this action *pro hac vice*. (Check applicable box).

☑ I am a member in good standing of the highest court of a state, territory or the District of Columbia and I also am a member in good standing of another U.S. District Court. <u>A certificate of good standing from each of those courts (**state and district**) is attached.</u> (E.D. Tenn. L.R. 83.5(b)(1)). **FILING FEE = $60.00**

☐ I am a member in good standing of the highest court of a state, territory or the District of Columbia. <u>A certificate of good standing is attached.</u> An application for my admission to practice in this Court is currently pending. (E.D. Tenn. L.R. 83.5(b)(2)). **NO FILING FEE REQUIRED.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 7, 2011
(Date)

_J. Henry Walker IV_
(Signature)

Name: J. Henry Walker, IV
Address: Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Ste. 2800
Atlanta, GA 30309

\* \* \* INCLUDE CERTIFICATE(S) OF SERVICE \* \* \*

Case 1:11-cv-00330   Document 8   Filed 12/09/11   Page 1 of 4   PageID #: 105

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, the foregoing Motion for Admission *Pro Hac Vice* was served via U.S. Mail, first-class, postage pre-paid, on the following counsel of record:

Frederick L. Hitchcock
Tom Greenholtz
Yousef A. Hamadeh
Chambliss, Bahner & Stophel
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402

By: _____
J. Henry Walker

*One of the Attorneys for Defendant*
*BellSouth Telecommunications, LLC*

# STATE BAR OF GEORGIA



Lawyers Serving the Public and the Justice System

Mr. J. Henry Walker, IV
Kilpatrick Townsend & Stockton LLP
1100 Peachtree St., N.E., Suite 2800
Atlanta, GA 30309-4530

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 08/20/1986 |
| **BAR NUMBER:** | 732254 |
| **TODAY'S DATE:** | 11/29/2011 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA }
} ss.
NORTHERN DISTRICT OF GEORGIA }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JAMES HENRY WALKER, 732254,** was duly admitted to practice in said Court on October 16, 1986 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of December, 2011.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk

