# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, ) ) ) *Plaintiff*, ) ) vs. ) ) BELLSOUTH TELECOMMUNICATIONS, ) LLC, d/b/a AT&T TENNESSEE ) ) *Defendant*. ) | CONSOLIDATED CASES: 1:11-CV-330 (Lead Case); 1:12-CV-003; 1:12-CV-056; 1:12-CV-131; 1:12-CV-138; 1:12-CV-139; 1:12-CV-149; 1:12-CV-166; 1:12-CV-176; 1:12-CV-186 Chief Judge Curtis L. Collier |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWERS

Pursuant to E.D.TN. LR 12.1, the parties to the above identified actions jointly stipulate that Defendant BellSouth Telecommunications, LLC d/b/a AT&T Tennessee shall have a twenty (20) day extension within which to respond to the Plaintiffs' complaints in those actions, such response now being due no later than September 24, 2012.

This the 4th day of September, 2012.

| | |
|---|---|
| **APPROVED FOR ENTRY:** | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| **CHAMBLISS, BAHNER & STOPHEL, P.C.** | By: _s/J. Henry Walker IV_____ |
| By: _s/Tom Greenholtz w/perm. JHW_____ | J. Henry Walker IV |
| Tom Greenholtz, TN BPR No. 20105 | *Admitted Pro Hac Vice* |
| 1000 Tallan Building | 1100 Peachtree St. NE |
| Two Union Square | Suite 2800 |
| Chattanooga, Tennessee 37402 | Atlanta, Georgia 30309 |
| Telephone: (423) 756-3000 | Telephone: (404) 815-6500 |
| Facsimile: (423) 508-1256 | Facsimile: (404) 541-4749 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2012, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access the filing through the Court's electronic filing system.

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: s/ J. Henry Walker IV