UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:11-CV-330 *Collier / Lee* |
| BELLSOUTH TELECOMMUNICATIONS, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court are various motions for leave to file an amended complaint filed by Plaintiff in this lead case and the respective Plaintiffs in each of the cases which have been quasi-consolidated with this case. Defendant has filed a response to each motion indicating that it does not oppose Plaintiffs' requested amendments.

Accordingly, the following motions for leave to file an amended complaint are **GRANTED**:

- 1:11-cv-330, Doc. 51
- 1:12-cv-3, Doc. 44
- 1:12-cv-56, Doc. 32
- 1:12-cv-131, Doc. 24
- 1:12-cv-138, Doc. 27
- 1:12-cv-139, Doc. 28
- 1:12-cv-149, Doc. 25
- 1:12-cv-166, Doc. 27
- 1:12-cv-176, Doc. 15
- 1:12-cv-186, Doc. 14

The Plaintiff in each case is **ORDERED** to file the relevant amended complaint in that case within **14 days** of this Order.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE