UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | 1:11-CV-330; 1:12-CV-3; 1:12-CV-56; 1:12-CV-131; 1:12-CV-138; 1:12-CV-139; |
| v. | ) ) | 1:12-CV-149; 1:12-CV-166; 1:12-CV-176; 1:12-CV-186 |
| BELLSOUTH TELECOMMUNICATIONS, LLC, d/b/a AT&T TENNESSEE | ) ) | Judge Curtis L. Collier |
| *Defendant*. | ) ) | |

## O R D E R

During the scheduling conference in these cases, the parties agreed to pursue mediation by January 28, 2013. The Court suggested former Judge Robert Murrian as a possible mediator. However, Judge Murrian has retired and is therefore unavailable for mediation in these cases. After being notified of Judge Murrian's unavailability, the parties diligently sought a new mediator. The parties determined former Judge Lew Conner would be an appropriate mediator, and he has agreed to mediate the case. The parties seek approval of Judge Conner from the Court as well as an extension of the January 28, 2013 start date if Judge Conner is unable to commence mediation on that date. The Court **APPROVES** of Judge Conner as mediator in these cases. If Judge Conner is unable to begin mediation in these cases by January 28, 2013, the Court would be amenable to an extension. The parties may petition for such an extension if one is eventually needed.

**SO ORDERED.**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**