UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | 1:11-CV-330 |
| v. | ) | *Collier / Lee* |
| | ) | |
| BELLSOUTH TELECOMMUNICATIONS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

For the reasons discussed during the hearing held January 18, 2013 in the above-styled matter or pursuant to an announcement that the motion was resolved, the following motions are **DENIED as MOOT**:

- Motion to Quash [Doc. 63] filed by non-party Windstream Communication, Inc. and related non-party entities;
- Motion to Compel [Doc. 69] filed by Plaintiff Hamilton County Emergency Communications District and the counties named in the related cases;
- Motion to Quash [Doc. 73] filed by non-party Knology of Knoxville, Inc.;
- Motion for Order to Show Cause [Doc. 76] filed by Plaintiff as to non-party TCG Midsouth, Inc.;
- Motion for Order to Show Cause [Doc. 77] filed by Plaintiff as to non-party AT&T of South Central States; and
- Motion for Order to Show Cause [Doc. 86] filed by Plaintiff as to non-party AT&T Mobility LLC.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE