UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| HAMILTON COUNTY EMERGENCY COMMUNICATIONS DISTRICT, | ) ) ) | No. 1:11-cv-330-CLC-SKL Related cases: No. 1:12-cv-3-CLC-SKL |
|---|---|---|
| Plaintiff, | ) ) | No. 1:12-cv-56-CLC-SKL No. 1:12-cv-131-CLC-SKL |
| v. | ) ) | No. 1:12-cv-138-CLC-SKL No. 1:12-cv-139-CLC-SKL |
| BELLSOUTH TELECOMMUNICATIONS, LLC d/b/a AT&T TENNESSEE, | ) ) ) | No. 1:12-cv-149-CLC-SKL No. 1:12-cv-166-CLC-SKL No. 1:12-cv-176-CLC-SKL |
| Defendant. | ) | No. 1:12-cv-186-CLC-SKL |

## **ORDER**

Before the Court is Defendant's motion to compel non-party Hamilton County Government to comply with a subpoena [Doc. 163]. Hamilton County Government filed its response [Doc. 165], notifying the Court and Defendant that the requested materials would be made available to Defendant.

Accordingly, the motion to compel [Doc. 163] is **DENIED** as moot.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE