# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF TENNESSEE

 3                      AT CHATTANOOGA

 4

 5  HAMILTON COUNTY EMERGENCY
    COMMUNICATIONS DISTRICT,      CONSOLIDATED CASES:
 6  et al.,                       1:11-CV-330
                                  (Lead Case);
 7             Plaintiffs,        1:12-CV-003;
                                  1:12-CV-056;
 8        vs.                     1:12-CV-131;
                                  1:12-CV-138;
 9  BELLSOUTH                     1:12-CV-139;
    TELECOMMUNICATIONS, LLC,      1:12-CV-149;
10  d/b/a AT&T TENNESSEE,         1:12-CV-166;
                                  1:12-CV-176;
11             Defendant.         1:12-CV-186
    ~~~~~~~~~~~~~~~~~~~~~~~~~~
12

13
               VIDEOTAPED 30(b)(6) DEPOSITION OF
14                   KATHERINE LOUISE REED

15

16

17                        9:30 a.m.

18                     October 30, 2013

19

20

21             1100 Peachtree Street, N.E.

22                    Atlanta, Georgia

23

24

25          Christy L. Farrar, CCR-B-2178
```

```
 1        Q.    (By Mr. Greenholtz)  I mean, to be removed
 2   from the exclusion list, you had to be present on the
 3   exclusion list, logically; is that right?
 4              MR. BRESLIN:  Form.  Same objection.
 5              THE WITNESS:  I'm not aware of any list
 6        that stated the USOC PR71D.
 7        Q.    (By Mr. Greenholtz)  Okay.  PR71D is not
 8   one of the USOCs listed on Exhibit 18 here, is it, or
 9   is it?
10        A.    No, it is not.
11        Q.    Okay.  You'll see in BR7, which is on page
12   8 of 12, a reference to a zero rated USOC.  What is a
13   zero rated USOC?
14        A.    The overall definition of a zero rated
15   USOC is a USOC that carries a zero rate.
16        Q.    What does that mean?
17        A.    That means that there is no rate
18   associated with that particular USOC.
19        Q.    Okay.  Meaning that it may be a service
20   that is provided, but on the bill to the customer
21   there's not a charge associated with it?
22        A.    Correct.
23        Q.    Okay.  All right.  And this says:  To
24   begin to include zero rated USOCs when calculating
25   911 surcharges for all impacted products.
```

1　　　　　　　What types of zero rated USOCs would BR7
2　be referring to?
3　　　　A.　　BR7 is referring to we discovered some
4　USOCs, some accounts that had special pricing
5　arrangements.
6　　　　Q.　　Uh-huh.
7　　　　A.　　I'm not sure if you're familiar with the
8　term special assemblies.
9　　　　Q.　　Sure.  We're going to talk about them in
10　just a moment, actually.
11　　　　A.　　Okay.  We discovered that on some accounts
12　that were carrying a special assembly USOC, which our
13　analysis told us that the special assembly USOC was
14　setting on that account to handle the billing.
15　　　　Q.　　Okay.
16　　　　A.　　And that the tariff USOC setting on that
17　account were zero rated.  During our analysis, we
18　discovered that in those types of situation, we were
19　inadvertently suppressing the 911 surcharge.
20　　　　Q.　　Okay.
21　　　　A.　　So once we found it, we fixed it with this
22　project.
23　　　　Q.　　Okay.  When did you find the discrepancy?
24　　　　A.　　It was -- I can't give you an exact date.
25　It was probably sometime third, fourth quarter of

1   2010, because this project team was already formed
2   and we were beginning to, you know, define our
3   business requirements.
4          Q.    Okay.
5          A.    And that's when we discovered the issue.
6          Q.    Okay.  So it was the project team in
7   relation to the multiplex billing arrangements that
8   had been formed and that project team discovered the
9   discrepancy here with the zero rated USOCs -- excuse
10  me, with the special assembly USOCs?
11         A.    Yes.  Based on my recollection, that is
12  true.
13         Q.    Okay.
14         A.    A true statement.
15         Q.    Who was the head of the project team?
16         A.    Gianni Walkey.
17         Q.    Okay.  I think, for the record, his first
18  name is spelled G-i-a-n-n-i?
19         A.    I believe that's correct, yes.
20         Q.    That's a test on my part.  Okay.
21               All right.  So it came to light that there
22  were, I guess, to summarize, that there were accounts
23  that should have been billed a 911 surcharge, but
24  because of the non-tariff USOCs that had been
25  associated with the account, the 911 surcharge had