# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF TENNESSEE

 3                    AT CHATTANOOGA

 4

 5  HAMILTON COUNTY EMERGENCY
    COMMUNICATIONS DISTRICT,      CONSOLIDATED CASES:
 6  et al.,                       1:11-CV-330
                                  (Lead Case);
 7           Plaintiffs,          1:12-CV-003;
                                  1:12-CV-056;
 8        vs.                     1:12-CV-131;
                                  1:12-CV-138;
 9  BELLSOUTH                     1:12-CV-139;
    TELECOMMUNICATIONS, LLC,      1:12-CV-149;
10  d/b/a AT&T TENNESSEE,         1:12-CV-166;
                                  1:12-CV-176;
11           Defendant.          1:12-CV-186
    ~~~~~~~~~~~~~~~~~~~~~~~~~

12

13

14        VIDEOTAPED 30(b)(6) DEPOSITION OF

15              LINDA ANN FISHER

16

17                  9:05 a.m.

18             November 26, 2013

19

20

21        1100 Peachtree Street, N.E.

22             Atlanta, Georgia

23

24

25        Christy L. Farrar, CCR-B-2178
```

1   subsidiary of AT&T.  And I'm going to be referring to

2   BellSouth, the defendant in this case, either by

3   BellSouth or the company, and when I do that, please

4   understand that I'm going to be referring to the

5   defendant in this lawsuit.  Okay?

6        A.    Yes.

7        Q.    You're doing a great job of answering all

8   the questions verbally.  And if you would please

9   remember to do that, that's very important for the

10  record.

11            It's my understanding that the company has

12  designated you to speak for the company on several

13  topics.  I'd like to review with you those topics at

14  that point.

15            Could I get Exhibit 1, please?

16            MR. HITCHCOCK:  Can we go off the record

17       just a minute?

18            MR. BRESLIN:  Sure.

19            THE VIDEOGRAPHER:  The time is 9:10 a.m.

20       We're off the record.

21            (Discussion ensued off the record.)

22            THE VIDEOGRAPHER:  The time is 9:15 a.m.

23       We're back on the record.

24       Q.    (By Mr. Hitchcock)  Ms. Fisher, you have

25  before you Exhibit 1, which is a copy of the

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 3 of 23   PageID #:
20464

1   Rule 30(b)(6) notice that the plaintiffs prepared and

2   served upon the defendant.  I understand that you

3   have been designated to speak on topics 9, 16, 17, 19

4   and 20.

5           Would you turn to topic 9, please, the

6   first one?  Do you see that?

7       A.    Yes.

8       Q.    And topic 9 states:  Defendant's

9   understanding and interpretation of it duties,

10  obligations and responsibilities under the ECD law

11  and the basis of its understanding and

12  interpretation.

13          You've been designated to speak on behalf

14  of the defendant as to that topic; correct?

15      A.    Yes, as to filings and remittance.

16      Q.    Okay.  And will you turn to topic 16,

17  please?  Topic 16 states:  The practices and

18  processes utilized by defendant in billing,

19  collecting, reporting and remitting E911 surcharges

20  to plaintiff ECDs.

21          You've been designated to speak on behalf

22  of the corporation as to that topic as well; is that

23  correct?

24      A.    With respect to reporting and remitting.

25      Q.    And topic 17 states:  The practices and

ESQUIRE
S O L U T I O N S

800.211.DEPO (3376)
EsquireSolutions.com

Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 4 of 23   PageID #:
20465

1    processes utilized by defendant for auditing,

2    controlling or supervising how 911 surcharges are

3    billed, collected and remitted to the plaintiff ECDs.

4            And you've been designated to speak on

5    behalf of the corporation as to that topic as well;

6    is that correct?

7        A.    Yes, as to the remittance.

8        Q.    Topic 19 states:  The creation,

9    verification and submission of the monthly reports

10   and annual reports to the plaintiff ECDs.

11           And you've been designated to speak on

12   behalf of the corporation as to that topic as well;

13   is that correct?

14       A.    Yes.

15       Q.    Topic 20 states:  The practices and

16   processes used in preparing monthly reports and

17   annual reports, including for the entries related to

18   reporting of residential line and commercial line

19   accounts, uncollectible amounts, administrative fees

20   and verification.

21           And you've been designated as the

22   corporation to speak on its behalf as to that topic

23   as well; is that correct?

24       A.    Yes.

25       Q.    Okay.  Now, you understand that your

ESQUIRE
SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 5 of 23   PageID #:
20466

1  testimony will bind the company and will be the

2  testimony of the company as to these topics; is that

3  correct?

4      A.    Yes.

5      Q.    Are you prepared to testify on behalf of

6  the corporation as to these topics?

7      A.    Yes.

8      Q.    Okay.  Ms. Fisher, you've heard the

9  topics, and we've reviewed those with you.

10          What did you do to prepare for your role

11  as the designee of the company as to those topics?

12     A.    I met with legal counsel and reviewed

13  documents contained in several large binders.

14     Q.    Okay.  Were you given direction as to any

15  other documents to look at other than what were in

16  those binders?

17     A.    No.

18          MR. HITCHCOCK:  Could we please mark the

19          binders as the next numbered exhibit?

20          MR. BRESLIN:  There's two binders.  I

21          don't know if you want to do two separate

22          exhibits, but I couldn't find one large enough

23          to hold all this stuff.

24          MR. GREENHOLTZ:  Two exhibits will be

25          fine.

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 6 of 23   PageID #:
20467

1      A.    Not to my knowledge.

2      Q.    Is this a form that the districts

3  submitted to BellSouth to use for remittance

4  purposes?

5      A.    I don't know.

6      Q.    Do you know who created -- within

7  BellSouth, who created the form?

8      A.    No.

9      Q.    Is this a form that the Tennessee

10  Emergency Communication Board created and required

11  BellSouth to use?

12      A.    I don't know.

13      Q.    Is this a form that the Tennessee ECD --

14  the Tennessee Emergency Communication Board had any

15  input into as to content?

16      A.    I don't know.

17      Q.    Is this a -- is this same form -- strike

18  that.

19          During the period this form was used, was

20  it used in more states than just in Tennessee?

21      A.    I don't know.

22      Q.    Okay.  The company does not know what

23  states this form was used in?

24      A.    I know that we used forms.  I haven't sat

25  and compared the precise language and format.

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL  Document 308-2  Filed 05/12/14  Page 7 of 23  PageID #:
20468

1      Q.    So the company does not know what states

2  this form was used?

3      A.    I know that we prepared similar letters in

4  all of the southeast states.  I don't know the format

5  and the language that was used.

6      Q.    Was there a special separate form prepared

7  for use only in Tennessee?

8      A.    Well, this talks about in accordance with

9  Tennessee legislature, so this relates to Tennessee.

10     Q.    Okay.  And what does that language mean?

11          The first sentence, if you'd read into the

12  record the first sentence, please.

13     A.    That what it means, in my opinion, is that

14  this form is being submitted in accordance with the

15  law to reflect what we have billed and collected

16  relative to the 911 surcharge.

17     Q.    Okay.  And what is the basis for the

18  understanding you've just described of the first

19  sentence of the form marked as Exhibit 114?

20     A.    Well, it's -- I understand what the

21  numbers represent, and it's my opinion that that's

22  what it's trying to say is that -- that's just how I

23  would interpret it, that this information is to meet

24  the requirement of filing billed and collected

25  amounts with the Tennessee --

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 8 of 23   PageID #:
20469

1      Q.    Okay.

2            MR. BRESLIN:  Tennessee...  Finish your

3      sentence.  You said, filing billed and collected

4      amounts with the Tennessee...

5            THE WITNESS:  With the emergency telephone

6      surcharge, wherever we remitted the -- the

7      communications district.

8      Q.    (By Mr. Hitchcock)  Okay.  Now, I'm asking

9  you this question as a designated representative --

10     A.    Okay.

11     Q.    -- on topic 19.

12     A.    Okay.  Yes.

13     Q.    What does the first sentence in the

14  reports assembled in Exhibit 114 that reads, In

15  accordance with the Tennessee legislature, AT&T

16  Tennessee has billed and collected emergency

17  telephone surcharges as stated below?

18           MR. BRESLIN:  Asked and answered.

19     Q.    (By Mr. Hitchcock)  What does that

20  sentence mean?

21           MR. BRESLIN:  Asked and answered.

22           THE WITNESS:  In my interpretation, what

23     it's intended to mean is that we are submitting

24     these forms as required under the law,

25     representing the amounts that we billed and

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL  Document 308-2  Filed 05/12/14  Page 9 of 23  PageID #:
20470

1          collected.

2          Q.    (By Mr. Hitchcock)  And does it mean that

3     the billing and collecting was done in accordance

4     with the Tennessee law?

5          A.    No.  It means this reporting is done in

6     accordance with the Tennessee law.

7          Q.    And what is the basis for your testimony

8     as to that interpretation?  Who told you that?

9          A.    Well, I'm just -- I'm just interpreting --

10    the reason that I think it's that's way is that we're

11    meeting the requirement of the filings.  And this is

12    a filing that was attempting to meet those reporting

13    requirements.

14         Q.    Does the Tennessee Emergency Communication

15    District Law require BellSouth to bill and collect

16    911 surcharges?

17              MR. BRESLIN:  Form.  Outside of her topic.

18              MR. HITCHCOCK:  It's not outside topic 9.

19              MR. BRESLIN:  Well, it's outside of what

20         she was designated for topic 9.  We all know

21         that.

22              It's outside of your topic.  You can

23         answer him, if you know, but don't guess.

24              THE WITNESS:  Could you repeat the

25         question?

1        Q.    (By Mr. Hitchcock)  Certainly.

2              Does the Tennessee law require BellSouth

3    to bill and collect 911 surcharges on every line in

4    service?

5              MR. BRESLIN:  Same objection.  Outside of

6        her topic.

7              THE WITNESS:  I don't know.

8        Q.    (By Mr. Hitchcock)  Does -- why has the

9    company's interpretation of the first sentence of

10   this form changed?

11             MR. BRESLIN:  Form.  Mischaracterizes.

12       And assumes facts.

13             THE WITNESS:  I don't know why you mean

14       it's changed.

15       Q.    (By Mr. Hitchcock)  You're not aware that

16   it's changed?

17       A.    No.

18       Q.    You're not aware that Jan McNorton

19   testified on behalf of the company that it, in fact,

20   meant something different from what you've just

21   described?

22       A.    No, I'm not aware of that.  And I was

23   telling you what my opinion was.

24       Q.    Well, you were asked that question as a

25   representative of the company.

800.211.DEPO (3376)
ESquire
SOLUTIONS
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL  Document 308-2  Filed 05/12/14  Page 11 of 23  PageID #:
20472

1          And my question to you now is:  When has

2     the company's interpretation changed?

3          A.    I didn't design the form, and I'm assuming

4     that this -- I'm not sure why -- what she testified

5     about, but it is my interpretation that this is meant

6     to represent what we are required to remit and file.

7          Q.    Okay.  Please understand, this is topic 19

8     that I'm asking you on.  You've been designated as

9     the corporation's representative.

10          And I'm asking you to please tell me, when

11     did the corporation's, the company's, interpretation

12     of the first sentence of the form that is assembled

13     in Exhibit 114 change?

14          MR. BRESLIN:  Form.  Mischaracterizes and

15     misleading.  Asked and answered.

16          THE WITNESS:  Well, again, this seems very

17     simple to me.  It says that we billed and

18     collected these surcharges below.  And -- and

19     this -- this form is representative of what we

20     billed and collected.  So I don't know what

21     someone else represented.

22          Q.    (By Mr. Hitchcock)  Okay.  Were you told

23     that the company had earlier explained that it had a

24     different interpretation of that first sentence?

25          A.    No.

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 12 of 23   PageID #:
20473

1           MR. BRESLIN:  Form.  Mischaracterizes.

2      Q.    (By Mr. Hitchcock)  Do you know who

3  Jan McNorton is?

4      A.    I do.

5           (Plaintiffs' Exhibits-115 and -116 were

6      marked for identification.)

7      Q.    (By Mr. Hitchcock)  I'm handing to you as

8  Exhibit 115.  This is a copy of the transcript of a

9  deposition that was given by Ms. McNorton in which

10  she appeared as you are today, as a company

11  representative in another piece of litigation in this

12  case.  It was Madison County Communications District

13  and BellSouth Telecommunications in the Northern

14  District of Alabama.  And in this case, Ms. McNorton

15  was asked what I have asked you, and that is, what

16  the language that is in the first sentence of

17  Exhibit 114 means.

18           Would you please look at page 17?  Those

19  are four pages per page, so I'm referring to the page

20  number of the individual small --

21      A.    Oh, I'm sorry.

22      Q.    -- two-sided page.  That's fine.

23           Do you see page 17?

24      A.    Yes.

25      Q.    And the question that starts at line 19 of

1  page 17 was, Now, on the front, the first paragraph

2  of Plaintiff's Exhibit 2, it states, In accordance

3  with the Alabama legislature.  Why does BellSouth put

4  that information in the remittance letter?

5          That was the question.

6          What I'd like to do is show you Exhibit 2.

7  So, in fairness, you're going to have that in front

8  of you, and you can refer to what they were referring

9  to.  I've marked as Exhibit 116 Exhibit 2 to

10  Ms. McNorton's deposition, and that's what was

11  referred to in the question that I just read into the

12  record.

13          Do you see that before you?

14    A.    Yes.

15    Q.    And is Exhibit 2 the same form as those

16  that are assembled in Exhibit 114?  Strike that.

17          Is Exhibit 116 the same form as was

18  assembled in Exhibit 114 with the exception of the

19  reference to the state?

20    A.    Yes.

21    Q.    All right.  Now, the question, then, was:

22  Okay.  Now, on the front, the first paragraph of

23  Plaintiff's Exhibit 2, it states, in accordance with

24  the Alabama legislature.  The question was:  Why does

25  BellSouth put that information in the remittance

1    letter?

2              Her answer was, on behalf of the

3    corporation:  Because in accordance with the Alabama

4    legislature, we are billing and collecting the 911.

5              Is that what that language means in

6    Exhibit 114?

7              MR. BRESLIN:  Asked and answered.

8              THE WITNESS:  Well, what it means, she

9         said we are billing and collecting, and what I'm

10        saying is, this is what we billed and collected.

11        Q.    (By Mr. Hitchcock)  Does the form that is

12   in Exhibit 114 say that, in accordance with the

13   Alabama legislature, we are billing and collecting

14   the 911 as Ms. McNorton said it did?

15        A.    Well, she said that we are billing and

16   collecting, and then you went on to ask her separate

17   questions about it.  So what I'm telling you is this

18   document, and they both appear to be the same, has

19   said that we have billed and collected the surcharges

20   stated below.  And that's what this information

21   reflects.

22        Q.    Okay.  Excuse me.

23        A.    And so, you know, to go on and say what we

24   did and didn't bill, that's not what it says.  It

25   says these are what we billed and collected.

ESQUIRE
SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 15 of 23   PageID #:
20476

1        Q.    Please read the next question and answer.

2   The next question was:  And in doing so, your basis

3   for doing that is based on Alabama law; correct?

4             What was Ms. McNorton's answer?

5        A.    Correct.

6        Q.    And the next question was:  And you're

7   representing that you were billing the 911 fee

8   according to the terms of the law?

9             There was an objection by BellSouth's

10  attorney.

11            What was Ms. McNorton's answer after the

12  objection?

13       A.    She said yes.

14       Q.    Okay.  Line 15, page 18.

15       A.    That's my understanding.

16       Q.    And that's what she said?

17       A.    Uh-huh.

18       Q.    All right.  Now, does the form included in

19  Exhibit 114 represent that BellSouth is billing the

20  911 fee according to the terms of the law?

21       A.    Well, that's not -- I mean, you asked more

22  questions about are you doing it in terms of the law,

23  but that wasn't necessarily what this sentence

24  represented; right?  Because in accordance with the

25  Alabama legislature, we are billing and collecting

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL  Document 308-2  Filed 05/12/14  Page 16 of 23  PageID #:
20477

1    the 911, which we -- we are billing and collecting

2    Tennessee 911.  And in doing so, that is the basis of

3    the Alabama law; correct.

4              Well, that's not what this is saying.

5    This is saying that this is what we billed and

6    collected.

7         Q.    Okay.  My question to you:  Is BellSouth

8    representing on the form that is included in

9    Exhibit 114 that BellSouth is billing the 911 fee

10   according to the terms of the law?

11             MR. BRESLIN:  Form.  And asked and

12         answered.

13             THE WITNESS:  That's not my

14         interpretation.  I'm saying that this says that

15         we are reflecting, in accordance with the law,

16         the following billed and collected amounts.

17         This is a remittance, not a billing form.

18        Q.    (By Mr. Hitchcock)  Please understand I'm

19   asking you as BellSouth's representative.

20        A.    Yes.

21        Q.    So I'm asking what the company's

22   understanding is.  What is the company's answer to

23   the question:  Is BellSouth representing that it is

24   billing the 911 fee according to the terms of the

25   law?

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 17 of 23   PageID #:
20478

1          MR. BRESLIN:  Asked and answered.  Form.

2          THE WITNESS:  I would say that the

3      company's answer is that this -- that what we're

4      saying in this sentence is this is what we

5      billed and collected under the law.

6      Q.    (By Mr. Hitchcock)  And has anyone told

7   you that that's the company's answer today?

8      A.    No.

9      Q.    Has anyone suggested how you answer a

10   question about Exhibit -- the form that is included

11   in Exhibit 114?

12     A.    No.

13     Q.    Okay.  Would you please read into the

14   record the first sentence of Exhibit 114?

15     A.     In accordance with the Tennessee

16   legislature, AT&T Tennessee has billed and collected

17   emergency telephone surcharges as stated below.

18     Q.    Would you please read into the record the

19   first sentence of Exhibit 116?

20     A.     In accordance with the Alabama

21   legislature, BellSouth has billed and collected

22   emergency telephone surcharges as stated below.

23     Q.    Okay.  It is the company's position that

24   Exhibit 114 contains no representation that the 911

25   charges have been billed and collected in accordance

ESQUIRE
SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 18 of 23   PageID #:
20479

1     with Tennessee law.  Is that the company's testimony?

2                MR. BRESLIN:  Form.  Vague,

3          mischaracterizes and asked and answered.

4                THE WITNESS:  That's correct.

5          Q.   (By Mr. Hitchcock)  Is it the company's

6     position that the form that has been marked as

7     Exhibit 116, the first sentence of that form,

8     contains no representation that 911 charges were

9     billed and collected in accordance with Alabama law?

10               MR. BRESLIN:  Outside her topic.  Object

11         to form.  Not what you're designated to testify

12         on.

13               THE WITNESS:  Again, what I believe that

14         this is to represent is that this form is

15         submitted in accordance with Tennessee law and

16         it -- Alabama law, and it reflects the amounts

17         billed and collected.

18         Q.   (By Mr. Hitchcock)  And that is the

19    company's position regardless of the contrary

20    testimony on the company's behalf of Ms. McNorton in

21    2007; is that correct?

22               MR. BRESLIN:  Form.  Mischaracterizes

23         Exhibit G or whatever this was.

24               THE WITNESS:  Yes.

25         Q.   (By Mr. Hitchcock)  When Ms. McNorton

ESQUIRE
S O L U T I O N S

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 19 of 23   PageID #:
20480

1      A.     That's the only -- only the remittance

2   forms are what we have provided to the districts, to

3   my knowledge, for their information.

4           MR. HITCHCOCK:  Okay.  Go off the record

5       and have a short break, and we'll see if we

6       can --

7           MR. BRESLIN:  Okay.

8           THE VIDEOGRAPHER:  The time is 4:58 p.m.

9       We're off the record.

10          (Discussion ensued off the record.)

11          THE VIDEOGRAPHER:  The time is 5:03 p.m.

12      We're back on the record.

13          MR. HITCHCOCK:  Ms. Fisher, thank you very

14      much for your time and patience today.  I have

15      no further questions.

16          THE WITNESS:  Thank you.

17   DIRECT EXAMINATION

18   BY-MR. BRESLIN:

19      Q.     Ms. Fisher, I just have a couple of really

20   brief questions.

21          Do you recall, before the break we just

22   took, Mr. Hitchcock asking you about the information

23   that BellSouth provides to the districts in terms of

24   its remittances for 911?

25      A.     Yes.

1        Q.    And I believe your testimony was that the

2   remittance reports are all the information that

3   BellSouth provides to the plaintiffs or the ECDs.

4             Do you recall testifying to that?

5        A.    Yes.

6        Q.    If an emergency communication district

7   were to call someone in your division with a question

8   about what's on the remittance reports, what would

9   happen?

10       A.    We would attempt to answer their questions

11  and provide whatever was necessary to satisfy their

12  inquiry.

13       Q.    Have you ever had an emergency

14  communications district ask a question of your group?

15       A.    Yes.

16       Q.    About the remittances?

17       A.    Yes, and -- and -- and I'm not sure

18  which -- which one and if it was the state of

19  Tennessee or whatever, but we routinely get questions

20  in regarding remittance forms, and -- and we handle

21  those by responding and satisfying them.

22       Q.    If it was a Tennessee ECD versus an ECD

23  from another state, would that impact how much effort

24  your group put into trying to find an answer for

25  them?

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 21 of 23   PageID #:
20482

1       A.      No.

2               MR. HITCHCOCK:  Objection.  Leading.

3       Q.      (By Mr. Breslin)  So does your group treat

4    Tennessee ECDs differently from any other state ECDs

5    in terms of assisting them with questions?

6       A.      No.

7       Q.      And have you ever -- do you ever recall a

8    time when an ECD from any state called and had a

9    question about what was on their remittance report

10   and your group said, Sorry, we're not going to help

11   you?

12      A.      No.

13      Q.      So, for example, if a -- one of the

14   plaintiff ECDs in this case were to call and ask you

15   what this heading on Plaintiffs' Exhibit 119 that

16   says Less Exempt Units means, what would your group

17   do?

18      A.      We would explain what it means.

19      Q.      Okay.  If the same situation -- there was

20   any question about any information on a form such as

21   Plaintiffs' 119, would you -- what would you do?

22      A.      We would explain what the data represents

23   and try to understand what the nature of their

24   request is and satisfy them.

25      Q.      What if you and the people in your

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com
Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 22 of 23   PageID #:
20483

1  particular group or division didn't know the answer

2  to their question?

3       A.    We would investigate it and find an

4  answer.

5       Q.    Have you ever -- do you ever recall a time

6  when you weren't able to find an answer that, at

7  least to your knowledge, satisfied the ECD that was

8  calling?

9       A.    No.

10      Q.    Are you sure?

11      A.    No.  No.  Are you saying we didn't

12  satisfy?  I'm not aware of any time where we didn't

13  satisfy them.  We've always satisfied them.

14      Q.    To your knowledge?

15      A.    Yes.

16           MR. BRESLIN:  Okay.  That's all I have.

17      RECROSS-EXAMINATION

18      BY-MR. HITCHCOCK:

19      Q.    Just very briefly.  Can you give me any

20  examples of the types of questions that your group

21  has received from emergency communication districts

22  concerning remittance forms?

23      A.    We've received questions as to why the

24  remittance amounts have gone down, why the

25  uncollectibles have been higher.

ESQUIRE
S O L U T I O N S

800.211.DEPO (3376)
EsquireSolutions.com

Case 1:11-cv-00330-CLC-SKL   Document 308-2   Filed 05/12/14   Page 23 of 23   PageID #:
20484